**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| ERIK SALAIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM DEBT RELIEF, LLC,<br><br>Defendant. | Case No. 3:25-cv-00396-DB |

**NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY**

Plaintiff Erik Salaiz ("Plaintiff"), for herself and on behalf of Defendant Freedom Debt Relief, LLC (individually "Defendant" and together with Plaintiff, collectively, the "Parties"), with Defendant's notice and permission, hereby respectfully informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter, on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal of Plaintiff's individual claim(s) against Defendant be filed in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines (including but not limited to Defendant's responsive pleading deadline on December 24, 2025), temporarily stay the case, retain jurisdiction, and not dismiss the matter at this time.

Dated: December 22, 2025

Respectfully submitted,

By: /s/ Mark L. Javitch

Mark L. Javitch
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo, California 94401
Telephone: (650) 781-8000
Fax: (650) 300-0343
mark@javitchlawoffice.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed and served on all counsel of record in the above-captioned matter on December 22, 2025 via the Court's CM/ECF filing service.

/s/ Mark L. Javitch

Mark L. Javitch